Troutman Pepper Hamilton Sanders LLP
70 Linden Oaks, Suite 210
Rochester, NY  14625-2804

troutman.com



**Andrew P. Zappia**
D: 585-270-2102
Andrew.Zappia@troutman.com

September 19, 2024

## LETTER-MOTION FOR ADJOURNMENT

**VIA ECF**

Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York  10007

**Re:    Global Weather Productions, LLC vs. Interactive One, LLC; Case No. 1:24-cv-04437-JLR**

Dear Judge Rochon:

My firm represents Defendant Interactive One, LLC ("IONE") in the above-referenced action.  I write to request an adjournment of the initial pretrial conference, currently scheduled for October 3, 2024 [Dkt. 8], of thirty (30) days or such longer period as the Court may determine.

The Complaint in this action was served on June 18, 2024, making IONE's answer originally due July 9, 2024.  On June 17, 2024, the Court issued an Order scheduling the initial pretrial conference for October 3, 2024 [Dkt. 8].  Subsequently, IONE requested, with consent from Plaintiff, extensions of time to August 8, 2024, September 6, 2024, and then September 27, 2024, to answer or otherwise respond to the Complaint [Dkt. 11, 14-18].

Based on the current date of the initial pretrial conference, the parties' Civil Case Management Plan and proposed Scheduling Order are due for submission on September 23, 2024, before the current September 27, 2024 due date for IONE's response to the Complaint.  In view of this, and the parties' continuing settlement discussions, IONE respectfully requests an adjournment of the initial pretrial conference of thirty (30) days or such longer period as the Court may determine.

302348524v1

Hon. Jennifer L. Rochon, U.S.D.J.
September 19, 2024
Page 2



Counsel for Plaintiff has consented to this request.  No other pending deadlines set by the Court will be impacted by this extension of time request.

Respectfully submitted,

*/s/ Andrew P. Zappia*

Andrew P. Zappia
Counsel for Defendant Interactive One, LLC

APZ:smf


cc  Craig B. Sanders, Esq. via ECF (counsel for Plaintiff)
    Renee J. Aragona, Esq. via ECF (counsel for Plaintiff)


The request is GRANTED.  The October 3, 2024 pretrial conference is adjourned to November 7, 2024 at 9:30 a.m.

Dated:  September 20, 2024
        New York, New York

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**